STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: <br><br> Joseph P McKim <br> LENA MARIA MCKIM Lena M Assetto McKim | Chapter 13 <br><br> Case Number: 15-11490-ELF |
|---|---|

## **NOTICE OF APPEARANCE**

MTGLQ INVESTORS, L.P. [1] [2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

William E. Miller, Esquire
*STERN & EISENBERG, PC*
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976

DATED THIS 24TH DAY OF JANUARY, 2017.

By:    /s/William E. Miller, Esquire
☑ William E. Miller, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Facsimile: (215) 572-5025
Bar Number: 308951
wmiller@sterneisenberg.com

---

1  Full title of Creditor is as follows: MTGLQ INVESTORS, L.P..
2  The current Servicer of this loan is Shellpoint Mortgage Servicing .
3  For reference, the property address associated with the undersigned's representation is 110 Hawthorne Road, Coatesville, PA 19320.

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a true and correct copy of the within Entry of Appearance and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

Joseph P McKim
110 Hawthorne Road
Coatesville, PA 19320
and
LENA MARIA MCKIM Lena M Assetto McKim
110 Hawthorne Road
Coatesville, PA 19320

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Richard N. Lipow, Esquire
629 Swedesford Road
Malvern, PA 19355

                              Respectfully Submitted:

                              Stern & Eisenberg, PC

By:    /s/ William E. Miller, Esquire
        ☑ William E. Miller, Esquire
        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone:  (215) 572-8111
        Facsimile:  (215) 572-5025
        Bar Number:  308951
        wmiller@sterneisenberg.com

Date:  January 24, 2017