William E. Miller, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br>    JOSEPH P. MCKIM<br>    LENA M. ASSETTO MCKIM<br>        DEBTOR(S)<br>---------------------------------------------<br>MTGLQ INVESTORS, L.P.<br><br>V.<br><br>JOSEPH P. MCKIM<br>LENA M. ASSETTO MCKIM<br>        DEBTOR(S)<br><br>WILLIAM C. MILLER, TRUSTEE<br>        RESPONDENT | CHAPTER 13<br><br>CASE NUMBER: 15-11490-ELF |

## ORDER

AND NOW, this __6th__ day of __April__, 2017, upon the motion of MTGLQ INVESTORS, L.P. (hereinafter "Movant") and upon the failure of Debtor to file an Answer or otherwise plead, it is **ORDERED** that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all *in rem* rights Movant has under state and federal law concerning the Property (the "Property"): 110 Hawthorne Road, Coatesville, PA 19320

It is further **ORDERED** that the Rule 3002.1 is hereby waived and the requirements shall not apply to Movant.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**