United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-11490-elf
Joseph P McKim                                                  Chapter 13
Lena M Assetto McKim
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JeanetteG            Page 1 of 1           Date Rcvd: Apr 06, 2017
                              Form ID: pdf900            Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2017.
```
db/jdb         +Joseph P McKim,    Lena M Assetto McKim,    110 Hawthorne Rd,    Coatesville, PA 19320-1478
cr             +Hawthorne Lane Community Association, Inc.,    c/o Lohr & Associates, Ltd.,
                 1246 West Chester Pike,    Suite 312,    West Chester, PA 19382-5683
cr             +MTGLQ INVESTORS, L.P.,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3400
cr             +West Brandywine Township Municipal Authority,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Apr 07 2017 01:40:02      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 07 2017 01:39:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 07 2017 01:39:56      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Servi
NONE*          +Hawthorne Lane Community Association, Inc.,    c/o Lohr & Associates, Ltd.,
                 1246 West Chester Pike,    Suite 312,    West Chester, PA 19382-5683
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2017 at the address(es) listed below:
```
              JAMES RANDOLPH WOOD    on behalf of Creditor    West Brandywine Township Municipal Authority
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              MARTIN A. MOONEY    on behalf of Creditor    VW Credit Leasing LTD tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              PRINCE ALTEE THOMAS    on behalf of Defendant    Citadel Federal Credit Union
               pthomas@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com
              RICHARD N. LIPOW    on behalf of Plaintiff Lena  McKim richard@lipowlaw.com, ecflipow@gmail.com
              RICHARD N. LIPOW    on behalf of Plaintiff Joseph P McKim richard@lipowlaw.com, ecflipow@gmail.com
              RICHARD N. LIPOW    on behalf of Debtor Joseph P McKim richard@lipowlaw.com, ecflipow@gmail.com
              RICHARD N. LIPOW    on behalf of Joint Debtor Lena M Assetto McKim richard@lipowlaw.com,
               ecflipow@gmail.com
              ROBERT J. LOHR, II    on behalf of Creditor    Hawthorne Lane Community Association, Inc.
               bob@lohrandassociates.com, leslie@lohrandassociates.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    MTGLQ INVESTORS, L.P. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                              TOTAL: 13
```

WILLIAM E. MILLER, ESQ.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br>    JOSEPH P. MCKIM<br>    LENA M. ASSETTO MCKIM<br>        DEBTOR(S)<br>---<br>MTGLQ INVESTORS, L.P.<br><br>V.<br><br>JOSEPH P. MCKIM<br>LENA M. ASSETTO MCKIM<br>        DEBTOR(S)<br><br>WILLIAM C. MILLER, TRUSTEE<br>        RESPONDENT | CHAPTER 13<br><br>CASE NUMBER: 15-11490-ELF |

## ORDER

AND NOW, this ___6th___ day of ___April___, 2017, upon the motion of MTGLQ INVESTORS, L.P. (hereinafter "Movant") and upon the failure of Debtor to file an Answer or otherwise plead, it is **ORDERED** that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all *in rem* rights Movant has under state and federal law concerning the Property (the "Property"): 110 HAWTHORNE ROAD, COATESVILLE, PA 19320

It is further **ORDERED** that the Rule 3002.1 is hereby waived and the requirements shall not apply to Movant.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**