B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Joseph P McKim / Lena M Assetto McKim**, Debtor(s)

Case No. **15-11490**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** Chase Manhattan Mortgage | **Describe Property Securing Debt:** 110 Hawthorne Dr |

Property will be (check one):
■ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt   ■ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** Citizens Bank | **Describe Property Securing Debt:** Check Credit Or Line Of Credit |

Property will be (check one):
■ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt   ■ Not claimed as exempt

B8 (Form 8) (12/08) Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**HAWTHORNE LANE COMM ASSOC** | **Describe Property Securing Debt:**<br>110 Hawthorne Dr |

Property will be (check one):
■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt        ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Volkswagon Credit Inc** | **Describe Leased Property:**<br>**3 year lease of automobile at rate of 299.00 per month including tax.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **April 10, 2017**        Signature **/s/ Joseph P McKim**
                                        **Joseph P McKim**
                                        Debtor

Date **April 10, 2017**        Signature **/s/ Lena M Assetto McKim**
                                        **Lena M Assetto McKim**
                                        Joint Debtor