**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    JOSEPH P. McKIM and | : | |
|    LENA M ASSETTO McKIM, | : | |
|           Debtors | : | Bky. No.  15-11490  ELF |

## O R D E R

    **AND NOW,** the Debtors having filed a Motion to Convert Chapter 13 Case to Chapter 7 ("the Motion"),

    **AND**, it being unnecessary to file a motion to convert a case from chapter 13 to chapter 7 pursuant to 11 U.S.C. §1307(a), see Fed. R. Bankr. P. 1017(f)(3),

    It is hereby **ORDERED** that the Motion shall be treated as a Notice of Conversion.

**Date: April 11, 2017**

                                                       **ERIC L. FRANK**
                                                       **CHIEF U.S. BANKRUPTCY JUDGE**