```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                              Case No. 15-11490-elf
Joseph P McKim                                                      Chapter 7
Lena M Assetto McKim
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0313-2          User: JeanetteG              Page 1 of 2                  Date Rcvd: Apr 12, 2017
                              Form ID: pdf900              Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2017.
db/jdb         +Joseph P McKim,    Lena M Assetto McKim,    110 Hawthorne Rd,   Coatesville, PA 19320-1478
cr             +Hawthorne Lane Community Association, Inc.,    c/o Lohr & Associates, Ltd.,
                 1246 West Chester Pike,    Suite 312,   West Chester, PA 19382-5683
cr             +MTGLQ INVESTORS, L.P.,    Stern & Eisenberg, PC,   1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3400
13483677      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982235,   El Paso, TX 79998)
13483678       +Best Buy/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
13483680      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital 1 Bank,    Po Box 85520,   Richmond, VA 23285)
13567009       +CCR Management, Inc,    427 Exton Commons,   Exton, PA 19341-2451
13483679       +Capital 1 Bank,    Attn: General Correspondence,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
13541790        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
13529310        Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
13483681       +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,   Columbus, OH 43219-6009
13483682        Chase Manhattan Mortgage,    Po Box 24696,   Columbus, OH 43224-0696
13504914       +Citizens Bank,    443 Jefferson Boulevard RJW-135,   Warwick, RI 02886-1321
13483684       +Citizens Bank,    1 Citizens Drive,   Riverside, RI 02915-3000
13483687       +Firstar/US Bank,    Us Bank Bankruptcy Dept,   Po Box 5229,    Cincinnati, OH 45201-5229
13483688       +Firstar/US Bank,    Po Box 130,   Hillsboro, OH 45133-0130
13566254       +Hawthorne Lane Community Association, Inc.,    c/o CCR Management, Inc.,   427 Exton Commons,
                 Exton, PA 19341-2451
13563434       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,   OH4-7142,    Columbus, OH 43219-6009
13684016        MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing,   PO BOX 10826,
                 Greenville, SC 29603-0826
13483693       +Sears/cbna,    Po Box 6283,   Sioux Falls, SD 57117-6283
13483694        US BANK,    PO BOX 068,   Buffalo, NY 14240-0068
13497140       +VW Credit, Inc.,    PO Box 9013,   Addison, Texas 75001-9013
13865092       +West Brandywine Township Municipal Authority,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Apr 13 2017 01:16:17      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 13 2017 01:15:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 13 2017 01:16:13      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13483683       +E-mail/Text: bankruptcycollections@citadelbanking.com Apr 13 2017 01:16:32
                 Citadel Federal Cred U,    Po Box 147,   Thorndale, PA 19372-0147
13571213       +E-mail/Text: bankruptcycollections@citadelbanking.com Apr 13 2017 01:16:32
                 Citadel Federal Credit Union,    520 Eagleview Blvd.,   Exton, PA 19341-1119
13483685       +E-mail/Text: tdawson@dvafcu.org Apr 13 2017 01:16:05      Department of Veterans Affairs,
                 Regional Office,    5000 Wissahickon Ave,   Philadelphia, PA 19144-4867
13488131        E-mail/Text: mrdiscen@discover.com Apr 13 2017 01:15:43      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
13483686        E-mail/Text: mrdiscen@discover.com Apr 13 2017 01:15:43      Discover Fin Svcs Llc,
                 Po Box15316,    Wilmington, DE 19850-5316
13483689       +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 13 2017 01:15:44      Kohls/capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
13483691        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 13 2017 01:11:23
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502
13483690        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 13 2017 01:11:29
                 Portfolio Recovery,    Attn: Bankruptcy,   Po Box 41067,    Norfolk, VA 23541
13559379        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 13 2017 01:11:15
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13483696        E-mail/Text: vci.bkcy@vwcredit.com Apr 13 2017 01:16:10      Volkswagon Credit Inc,
                 1401 Franklin Blvd,    Libertyville, IL 60048
13483695       +E-mail/Text: vci.bkcy@vwcredit.com Apr 13 2017 01:16:10      Volkswagon Credit Inc,
                 National Bankruptcy Services,    9441 Lbj Freeway, Suite 250,    Dallas, TX 75243-4640
                                                                                              TOTAL: 14

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Servi
```

```
District/off: 0313-2           User: JeanetteG               Page 2 of 2                   Date Rcvd: Apr 12, 2017
                               Form ID: pdf900              Total Noticed: 37

NONE*          +Hawthorne Lane Community Association, Inc.,    c/o Lohr & Associates, Ltd.,
                 1246 West Chester Pike,    Suite 312,    West Chester, PA 19382-5683
cr*            +West Brandywine Township Municipal Authority,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,   Norristown, PA 19404-3020
13483692      ##+Recovery One,   5100 Parkcenter Av,    Dublin, OH 43017-7563
                                                                                              TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2017 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    West Brandywine Township Municipal Authority
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              MARTIN A. MOONEY    on behalf of Creditor    VW Credit Leasing LTD tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              PRINCE ALTEE THOMAS    on behalf of Defendant    Citadel Federal Credit Union
               pthomas@foxrothschild.com,    brian-oneill-fox-5537@ecf.pacerpro.com
              RICHARD N. LIPOW    on behalf of Plaintiff Lena  McKim richard@lipowlaw.com,    ecflipow@gmail.com
              RICHARD N. LIPOW    on behalf of Plaintiff Joseph P McKim richard@lipowlaw.com,    ecflipow@gmail.com
              RICHARD N. LIPOW    on behalf of Debtor Joseph P McKim richard@lipowlaw.com,    ecflipow@gmail.com
              RICHARD N. LIPOW    on behalf of Joint Debtor Lena M Assetto McKim richard@lipowlaw.com,
               ecflipow@gmail.com
              ROBERT J. LOHR, II    on behalf of Creditor    Hawthorne Lane Community Association, Inc.
               bob@lohrandassociates.com,    leslie@lohrandassociates.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    MTGLQ INVESTORS, L.P. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 12
```

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    JOSEPH P. McKIM and | : | |
|    LENA M ASSETTO McKIM, | : | |
|          Debtors | : | Bky. No.  15-11490  ELF |

## O R D E R

     **AND NOW,** the Debtors having filed a Motion to Convert Chapter 13 Case to Chapter 7 ("the Motion"),

     **AND**, it being unnecessary to file a motion to convert a case from chapter 13 to chapter 7 pursuant to 11 U.S.C. §1307(a), <u>see</u> Fed. R. Bankr. P. 1017(f)(3),

     It is hereby **ORDERED** that the Motion shall be treated as a Notice of Conversion.

**Date: April 11, 2017**

                                            **ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**