Certificate Number: 14912-PAE-DE-029654132

Bankruptcy Case Number: 15-11490



14912-PAE-DE-029654132

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 30, 2017, at 2:56 o'clock PM EDT, Joseph Mckim completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 30, 2017

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor