United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 15-11490-elf
Joseph P McKim                                                              Chapter 7
Lena M Assetto McKim
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: JEGilmore              Page 1 of 1              Date Rcvd: Aug 03, 2017
                                Form ID: 195                 Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2017.
db/jdb         +Joseph P McKim,    Lena M Assetto McKim,    110 Hawthorne Rd,    Coatesville, PA 19320-1478
cr             +Hawthorne Lane Community Association, Inc.,    c/o Lohr & Associates, Ltd.,
                 1246 West Chester Pike,    Suite 312,    West Chester, PA 19382-5683
cr             +MTGLQ INVESTORS, L.P.,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3400
cr             +West Brandywine Township Municipal Authority,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Servi
NONE*          +Hawthorne Lane Community Association, Inc.,    c/o Lohr & Associates, Ltd.,
                 1246 West Chester Pike,    Suite 312,    West Chester, PA 19382-5683
                                                                                          TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    West Brandywine Township Municipal Authority
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              MARTIN A. MOONEY    on behalf of Creditor    VW Credit Leasing LTD tshariff@schillerknapp.com,
               ahight@schillerknapp.com
              MICHAEL H KALINER     mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              PRINCE ALTEE THOMAS    on behalf of Defendant    Citadel Federal Credit Union
               pthomas@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com
              RICHARD N. LIPOW    on behalf of Plaintiff Lena  McKim richard@lipowlaw.com,
               ecflipow@gmail.com;r44824@notify.bestcase.com
              RICHARD N. LIPOW    on behalf of Plaintiff Joseph P McKim richard@lipowlaw.com,
               ecflipow@gmail.com;r44824@notify.bestcase.com
              RICHARD N. LIPOW    on behalf of Debtor Joseph P McKim richard@lipowlaw.com,
               ecflipow@gmail.com;r44824@notify.bestcase.com
              RICHARD N. LIPOW    on behalf of Joint Debtor Lena M Assetto McKim richard@lipowlaw.com,
               ecflipow@gmail.com;r44824@notify.bestcase.com
              ROBERT J. LOHR, II    on behalf of Creditor    Hawthorne Lane Community Association, Inc.
               bob@lohrandassociates.com, leslie@lohrandassociates.com;r59687@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    MTGLQ INVESTORS, L.P. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                               TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                  : Chapter 7

Joseph P McKim and Lena M Assetto McKim         : Case No. 15−11490−elf
       Debtor(s)

### *ORDER*
_____

AND NOW, this day , August 3, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                        By The Court

                        Eric L. Frank
                        Chief Judge , United States Bankruptcy Court